ACCEPTED
08-17-00027-cv
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/1/2021 2:45 PM
ELIZABETH G. FLORES
CLERK

# Jones, Allen & Fuquay, L.L.P.

Kevin J. Allen
Nathan Allen, Jr.
Charles S. Fuquay
Lindy D. Jones
Ty J. Jones
Lynn Warren Schleinat
Martin R. Wiarda
Laura L. Worsham

*Attorneys and Counselors*
8828 Greenville Avenue
Dallas, Texas 75243-7143

(214) 343-7400
(214) 343-7455 Facsimile

of Counsel
Dewey M. Dalton
Dewey M. Dalton, Jr.
David S. May
E. X. Martin, III

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/1/2021 2:45:04 PM
ELIZABETH G. FLORES
Clerk

Sender's Email Address:
*lworsham@jonesallen.com*

October 29, 2021

*Via Facsimile (915) 546-2252*
Elizabeth G. Flores, Clerk
Court of Appeals – Eighth District of Texas
500 E. San Antonio Avenue, Suite 1203
El Paso, Texas 79901-2408

> Re: *David Paul Healy v. Simone Barron*
> *Court of Appeals No. 08-17-00027-CV*
> *Trial Court Case No. 352-286480-16*

Dear Ms. Flores:

We are in receipt of your correspondence dated October 27, 2021, regarding the extension of the deadline for Appellee's brief. We are not privy to the correspondence the Court received regarding Ms. Barron's competency; however, we are somewhat confused because it appears the Appellee passed away on September 5, 2021, in Fort Worth, Texas.

Thank you.

Very truly yours,

Laura L. Worsham

LLW/kim

cc:    Wally Yammine
       P.O. Box 79615
       Saginaw, Texas 76179

J:\LLW\Healy\Healy - Barron\8TH COA - 08-17-00027-CV Healy v. Barron\Letter to Clerk of 8th Court of Appeals re Correspondence Dated 10.27.21.docx

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McDonald on behalf of Laura Worsham
Bar No. 22008050
kmcdonald@jonesallen.com
Envelope ID: 58732416
Status as of 11/1/2021 3:08 PM MST

Associated Case Party: DavidPaulHealy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura LWorsham | | lworsham@jonesallen.com | 11/1/2021 2:45:04 PM | SENT |
| Steve Grimmer | | sgrimmer@jonesallen.com | 11/1/2021 2:45:04 PM | SENT |
| Kim McDonald | | kmcdonald@jonesallen.com | 11/1/2021 2:45:04 PM | SENT |

Associated Case Party: SimoneBarron

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey E. Cook | 4734495 | jcook@sullivancook.com | 11/1/2021 2:45:04 PM | SENT |
| Jason Ankele | | jankele@sullivancook.com | 11/1/2021 2:45:04 PM | SENT |

Associated Case Party: Anson Financial, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nate Richards | | nate@jmichaelferguson.com | 11/1/2021 2:45:04 PM | SENT |
| Mike Ferguson | | mike@jmichaelferguson.com | 11/1/2021 2:45:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kim Jones | | kjones@sullivancook.com | 11/1/2021 2:45:04 PM | SENT |